# Court of Appeals of the State of Georgia

ATLANTA,  January 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0771. CORTEZ CARTER v. THE STATE.**

In 2004, a jury convicted Cortez Carter of malice murder and robbery, for which he was sentenced to life imprisonment. Carter filed a motion for new trial, which the trial court denied. The Supreme Court of Georgia affirmed the convictions. See *Carter v. State*, 283 Ga. 76 (656 SE2d 524) (2008). Carter subsequently filed a motion to vacate a void sentence and extraordinary motion for new trial, which the trial court dismissed. Carter appealed to this Court. Carter has filed a motion to transfer to the Supreme Court.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer to the Supreme Court "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019). The Supreme Court's jurisdiction over murder cases includes appeals from orders resolving post-judgment motions in such cases. See *Simpson v. State*, 292 Ga. 764 (740 SE2d 124) (2013) (appeal from denial of a motion in arrest of judgment attacking murder convictions as void).

Accordingly, Carter's motion to transfer is GRANTED and this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,  01/10/2023*

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_       *, Clerk.*